IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL JEROME CHANEY, JR | * |
| Plaintiff, | * |
| v. | Case No. 5:22-CV-00293-MTT-CHW |
| | * |
| JHONATHON L. ADAMS, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 3, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk